

PROB 49 ( 03/04)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Javon Jennings</u>                    Criminal No. <u>4:16cr00033-001</u>

### Waiver of Hearing to Modify Conditions
### of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential or outpatient treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation officer.

Witness: _____                Signed: _____
U.S. Probation Officer                                    Supervised Releasee

_____
5/31/18
Date

Respectfully,

### ORDER OF COURT

Considered and ordered this __5th__ day of
_____, 20_18_ and ordered filed and made a
part of the records in the above case.

_____
Henry Coke Morgan, Jr.
Senior United States District Judge

_____
U.S. Probation Officer

Place __Newport News, Virginia__

Date __5/31/18__